# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| JEFFREY E. SIMPSON, | ) | |
| | ) | |
| Plaintiff | ) | Criminal No. 03-96-P-S |
| v. | ) | Civil No.   05-125-B-S |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-25-B-S |
| | ) | Civil No.   05-126-B-S |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 17) filed March 15, 2006, on each docket number, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the United States' Motions to Dismiss (Docket No. 5 on each docket numbers CR-05-125-B-S and CR-05-126-B-S) is GRANTED.  The 28 U.S.C. §2255 motions (on each docket number) are DENIED.

　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 11th day of April, 2006.